LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 954-2380
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

U.S. DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FLORA I. MORENO, | No: 5:22-cv-01759-AS |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND FIVE HUNDRED TWENTY TWO DOLLLARS AND 22/100 ($5,522.22) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: November 28, 2023           _____/ s / Sagar_____
                                                     HON. ALKA SAGAR
                                                     UNITED STATES MAGISTRATE JUDGE